568

*General Clark,* and *Messrs. Sewall Key, Richard H. Demuth,* and *Morton K. Rothschild* for respondent.

No. 816. KALB *v.* FEUERSTEIN ET AL. · April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Elmer McClain* and *William Lemke* for petitioner. *Mr. J. Arthur Moran* for respondents.

No. 831. TEGTMEYER *v.* TEGTMEYER ET AL. April 28, 1941. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Mr. Joseph Heller* for petitioner. *Mr. L. Duncan Lloyd* for respondents.

No. 860. THE ARIOSA *v.* THE SEGUNDO; and .
· No. 861. THE ARIOSA *v.* A/S IRAVANS REDERI, OWNER OF THE SEGUNDO. April 28, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles W. Hagen* for petitioner. *Mr. John W. Griffin* for respondents. Reported below: 116 F. 2d 492.

No. 867. CURTIS *v.* UTAH FUEL CO. ET AL. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Nicholas J. Curtis, pro se.*

Nos. 873, 881, and 887. LEHIGH VALLEY RAILROAD CO. *v.* MARTIN, STATE TAX COMMISSIONER OF NEW JERSEY, ET AL.;